WALTER C. NOYES, as Receiver of THE CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY, Respondent, *v.* FIRST NATIONAL BANK OF NEW YORK, Appellant.

*Noyes* v. *First Nat. Bank of New York*, 180 App. Div. 162, affirmed. (Argued May 7, 1918; decided June 4, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 2, 1918, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure. Beginning in 1905 and prior to the appointment of the plaintiff as its receiver, the Chicago, Rock Island and Pacific Railroad Company caused certain deposits of money to be made in the defendant bank from time to time for the payment through the bank of certain interest coupons as they matured from time to time upon two issues of bonds of the railroad company. On January 18, 1915, the date of the appointment of the plaintiff as receiver of the railroad company, there remained unclaimed balances in the bank. The bank knew of the appointment of the plaintiff as receiver at the time of his appointment. Several months afterwards it began rendering monthly statements to him showing the balances in the accounts. On December 9, 1915, the plaintiff made formal demand

on the bank for the sums in the said accounts, which demand was refused. In the submission of controversy the plaintiff demanded judgment for the amounts on deposit with interest, and the defendant demanded a dismissal of the controversy.

*Joseph M. Hartfield* for appellant.

*W. D. Waldron* for respondent.

Judgment affirmed, without costs, on opinion of SCOTT, J., below.

Concur: CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.